**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01228-CV

### IN RE STEPHEN A. BERGENHOLTZ, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51444-2008**

## ORDER

The Court has before it relator's Motion for Clarification. The Court **DENIES** the motion.


/s/  DAVID L. BRIDGES
    JUSTICE